**Myrtle M. WOOD**

v.

**Mervyn A. WOOD.**

Supreme Judicial Court of Maine.

Argued June 4, 1986.

Decided June 24, 1986.

Orman G. Twitchell (orally), Bangor, for plaintiff.

Gregory J. Domareki (orally), Castine, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN and SCOLNIK, JJ.

## MEMORANDUM OF DECISION

Defendant, Mervyn A. Wood and Intervenor, Gordon Wood appeal from a judgment of divorce in Superior Court, Hancock County. On appeal they assert the Superior Court erred in: 1) denying the defendant's motion under Rule 35(a) M.R.Civ.P. for a psychiatric examination of the plaintiff; 2) denying the defendant's and intervenor's motion to compel discovery by deposition, and 3) the manner in which it distributed the marital property.

We find no error of law committed by the trial court on any issue raised by appellants on this appeal.

The entry is:

Judgment affirmed.

All concurring.